BakerHostetler

Baker&Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
T 212.589.4200
F 212.589.4201
www.bakerlaw.com

**MEMO ENDORSED**

November 5, 2026

Robyn M. Feldstein
direct dial: 212.589.4278
rfeldstein@bakerlaw.com

Honorable Judge Sidney H. Stein
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Re: Kelsey v. ClarityCheck Inc., Case No. 1:26-cv-07260*

Dear Judge Stein,

We represent the Defendant ClarityCheck, Inc., ("Defendant") in the above-referenced matter. Pursuant to Rule 1.E. of the Court's Individual Practices, we write to respectfully request a stay of all pending deadlines as the parties have agreed to a settlement in principal. In the alternative, Defendants requests a 30 day extension of time to respond to the Complaint.

On August 25, 2026, Plaintiff Everett Kelsey ("Plaintiff") filed a putative class action complaint (the "Complaint") against Defendant. *See* ECF No. 1. Defendant's current deadline to file an answer or otherwise respond to the Complaint was November 4, 2026. *See* ECF No. 7. We apologize for the oversight in not seeking a stay and/or extension sooner. The parties have agreed to a settlement in principal and Defendant respectfully requests the additional time to allow the agreement to be finalized. Accordingly, Defendant respectfully requests the Court grant the requested stay of all deadlines or, in the alternative, an extension of time for Defendant to answer or otherwise respond to the Complaint, up to and including, December 04, 2026. The requested extension will allow the parties to finalize their settlement discussions.

This is the second request for an extension of this deadline and Plaintiff has noted his consent. This request will not prejudice any party. There is an Initial Pretrial conference set for 11:00am on December 3, 2026 which would also be affected if the stay is granted.

Based on the forgoing, and good cause showing, Defendant respectfully requests that the Court grant its request to stay all deadlines or extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint, up to and including, December 4, 2026.

Sincerely,

/s/ *Robyn M. Feldstein*
Robyn M. Feldstein

cc: Counsel for Plaintiff via ECF

**Defendant's time to answer or move in response to the complaint is extended to December 4, 2026. The initial pretrial conference is adjourned to December 10, 2026, at 11:00 a.m.**

**Dated: New York, New York**
**November 5, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**